RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 0 5 2026
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

CLARENCE A. FRAZIER JR.,

Defendant

18 U.S.C. §§ 1114(a)(1) & 1111
18 U.S.C. §§ 1114(a)(3) & 1113
18 U.S.C. §§ 111(a)(1) & (b)
18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 922(g)(1)
18 U.S.C. §§ 3591 & 3592

1:26-cr-00293-01
Judge Edwards
Magistrate Judge Perez-Montes

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**Murder of a Federal Officer**
[18 U.S.C. §§ 1114(a)(1) and 1111]

On or about July 13, 2026, in the Western District of Louisiana, the defendant,

**CLARENCE A. FRAZIER JR.,**

did knowingly and intentionally, with premeditation and committed in the perpetration of and attempted perpetration of conduct set forth in Title 18, United States Code, Section 1111(a)(1), and with malice aforethought, unlawfully kill "M.A.H.", an officer and employee of the United States and of an agency in a branch of the United States Government, that is, an officer and employee of the United States Marshals Service, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 1114(a)(1) and 1111.

**COUNT 2**
**Attempted Murder of a Federal Officer**
[18 U.S.C. §§ 1114(a)(3) and 1113]

On or about July 13, 2026, in the Western District of Louisiana, the defendant,

**CLARENCE A. FRAZIER, JR.,**

did knowingly and intentionally, and with malice aforethought, attempt to unlawfully kill "J.D.", an officer and employee of the United States and of an agency in a branch of the United States Government, that is, an officer and employee of the United States Marshals Service, while he was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 1114(a)(3) and 1113.

**COUNT 3**
**Assaulting, Resisting, or Impeding Certain Officers or Employees**
[18 U.S.C. §§ 111(a)(1) & (b)]

On or about July 13, 2026, in the Western District of Louisiana, the defendant,

**CLARENCE A. FRAZIER, JR.,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "M.A.H." and "J.D.", employees of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States Marshals Service, while they were engaged in and on account of the performance of their official duties, and in the commission of the offense, did use a dangerous weapon, that is, a Hi-Point, 9mm pistol, in violation of Title 18, United States Code, Sections 111(a)(1) & (b).

**COUNT 4**
**Discharging a Firearm During and In Relation to a Violent Crime**
[18 U.S.C. § 924(c)(1)(A)(iii)]

On or about July 13, 2026, in the Western District of Louisiana, the defendant,

**CLARENCE A. FRAZIER, JR.,**

did knowingly use and carry by discharge a firearm during and in relation to a crime of violence, a felony offense for which he may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1114, as charged in Counts 1 and 2 of this Indictment, and a violation of Title 18, United States Code, Section 111(a)(1) and (b), as charged in Count 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**COUNT 5**
**Possession of a Firearm or Ammunition by a Convicted Felon**
[18 U.S.C. § 922(g)(1)]

On or about July 13, 2026, in the Western District of Louisiana, the defendant,

**CLARENCE A. FRAZIER, JR.,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Hi-Point, 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF SPECIAL FINDINGS PURSUANT TO**
**18 U.S.C. §§ 3591 and 3592**

The Grand Jury further finds:

As to Count 1, the defendant, **CLARENCE A. FRAZIER JR.**:

a. was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

b. intentionally killed the victim, "M.A.H." (18 U.S.C. § 3591(a)(2)(A));

c. intentionally inflicted serious bodily injury that resulted in the death of the victim, "M.A.H." (18 U.S.C. § 3591(a)(2)(B));

d. intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and the victim, "M.A.H.", died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

e. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant in the offense, such that participation in the act constituted a reckless disregard for human life and the victim, "M.A.H.", died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D));

f. in the commission of the offense, or in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense (18 U.S.C. § 3592(c)(5));

g. committed the offense after substantial planning and premeditation to cause the death of a person or commit an act of terrorism (18 U.S.C. § 3592(c)(9));

h. committed the offense against a Federal public servant who is a judge, a law enforcement officer, or an employee of a United States penal or correctional institution while he or she is engaged in the performance of his or her official duties (18 U.S.C. § 3592(c)(14)(D)(i); and

i. intentionally killed or attempted to kill more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

**FORFEITURE NOTICE**

A. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property to which the defendant, **CLARENCE A. FRAZIER, JR.**, has an interest.

B. Upon conviction of a violation of Title 18, United States Code, Sections 922, 924, or any other criminal law of the United States of America, as alleged in this Indictment, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

C. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, to the following:

1.) Hi-Point, 9mm pistol

All pursuant to Title 18, United States Code, Section 924(d), as well as the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, 2461(c).

A TRUE BILL

REDACTED

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

DANIEL J. VERMAELEN
ELLIOTT C. CASSIDY
JOHN W. NICKEL
ASSISTANT UNITED STATES ATTORNEYS